Cowley Unemployment Compensation Case.

Argued September 19, 1967. *Gary Leedes,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

MONTGOMERY, J., would reverse and remand for a further hearing.

Culbertson *v.* Culbertson et al., Appellants.

Argued September 14, 1967. *Joseph B. Erwin,* with him *Duane, Morris & Heckscher,* for appellants; *Charles F. Quinn,* with him *Sheer & Mazzocone,* for appellee.

Judgment affirmed.

Frederick *v.* Appleby Brothers et al., Appellants.

Argued September 12, 1967. *Mark E. Garber, Jr.,* with him *Garber, Garber & Fowler,* for appellant; *Joseph J. McIntosh,* with him *Landis, McIntosh & Black,* for appellee.

Order affirmed.